**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Jahmy S. Graham (SBN 300880)
jahmy.graham@nelsonmullins.com
Michael E. Seager (SBN 354564)
michael.seager@nelsonmullins.com
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone:  424.221.7400
Facsimile:  424.221.7499

Terri Reiskin (*Pro Hac Vice*)
terri.reiskin@nelsonmullins.com
101 Constitution Avenue NW, Suite 900
Washington, DC 20001
Telephone:  202.689.2800
Facsimile:  202.689.2860

Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CINDY BELLIVEAU, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>                    Defendant. | Case No. 8:23-cv-01197-FWS-DFM<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY CASE**<br><br>Assigned to: Honorable Fred W. Slaughter<br><br>Complaint Filed:  7/5/2023<br>FAC Filed:        10/31/2023<br>SAC Filed:        6/17/2024<br>Trial Date:       None<br><br>Current Response Deadline: 8/30/2024 |

Plaintiff Cindy Belliveau ("Plaintiff"), and Defendant Volkswagen Group of America, Inc. ("VWGoA", collectively, the "Parties"), by and through their respective undersigned counsel, hereby submit this Joint Notice of Settlement and Request to Stay Case. In support, the Parties hereby state as follows:

JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY CASE

1. The Parties report that they have reached an agreement to settle this case and are in the process of effectuating that agreement by means of a written settlement agreement and related activities.

2. VWGoA's current deadline to respond to Plaintiff's Second Amended Complaint ("SAC") is August 30, 2024. VWGoA had planned to file a Motion to Dismiss ("MTD"), and the Court previously set September 20, 2024 as Plaintiff's deadline to respond to the MTD, and October 3, 2024 for VWGoA's reply, with a hearing scheduled for October 17, 2024. [Dkt. 45].

3. The parties expect that it will take approximately 45-60 days to complete the settlement process and to file a dismissal of this action. Accordingly, the Parties respectfully request that the Court stay this case and all associated deadlines in the interim.

4. The Parties agree to file a Status Report by no later than October 25, 2024, if a Voluntary Dismissal of this action has not been filed before that date.

WHEREFORE, the parties hereby jointly stipulate and request the Court to stay this case and all deadlines pending the filing of a voluntary dismissal.

Dated:  August 27, 2024                    NELSON MULLINS RILEY & SCARBOROUGH LLP

                                           By:     /s/ Jahmy S. Graham
                                                   Jahmy S. Graham
                                                   Terri Reiskin (*Pro Hac Vice*)
                                                   Michael E. Seager

                                                   Attorneys for Defendant
                                                   VOLKSWAGEN GROUP OF AMERICA, INC.

JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY CASE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE LAW OFFICE OF ROBERT L. STARR, APC


By:    /s/ Robert L. Starr
       Robert L. Starr
       Adam M. Rose
       Theodore R. Tang

       Attorneys for Plaintiff
       CINDY BELLIVEAU

JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY CASE

# **FILER'S ATTESTATION**

I, Jahmy S. Graham, am the ECF User whose identification and password are being used to file this Joint Notice of Settlement and Request to Stay Case. Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), Robert L. Starr concurs in this filing and has authorized me to affix his signature and file this document on his behalf.

Dated: August 27, 2024          By:      */s/* Jahmy S. Graham
                                         Jahmy S. Graham

JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY CASE

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

*/s/* Jahmy S. Graham
Jahmy S. Graham