1 | **NELSON MULLINS RILEY & SCARBOROUGH LLP**
2 | Jahmy S. Graham (SBN 300880)
jahmy.graham@nelsonmullins.com
3 | Michael E. Seager (SBN 354564)
michael.seager@nelsonmullins.com
4 | Two California Plaza, Suite 2200
350 S. Grand Ave.
5 | Los Angeles, CA 90071
Telephone:  424.221.7470
6 | Facsimile:   279.202.2017

7 | Terri Reiskin (*Pro Hac Vice*)
terri.reiskin@nelsonmullins.com
8 | 101 Constitution Avenue NW, Suite 900
Washington, DC 20001
9 | Telephone:  202.689.2800
Facsimile:   202.689.2860

10

11 | Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

12 | [Additional Counsel on Signature Page]

13 | UNITED STATES DISTRICT COURT

14 | CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

15 | CINDY BELLIVEAU, individually,
and on behalf of all others similarly
16 | situated,

Case No. 8:23-cv-01197-FWS-DFM

17 | Plaintiff,

**STIPULATION OF DISMISSAL WITH PREJUDICE**

18 | vs.

Assigned to: Honorable Fred W. Slaughter

19 | VOLKSWAGEN GROUP OF AMERICA, INC.,

Complaint Filed:  7/5/2023
FAC Filed:         10/31/2023
20 |
SAC Filed:         6/17/2024
Defendant.       Trial Date:        None

21

22

23

24 | Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2), Plaintiff Cindy Belliveau ("Plaintiff")

25 | and Defendant Volkswagen Group of America, Inc. ("VWGoA"), by and through their

26 | respective undersigned counsel, the parties having settled all claims, hereby stipulate to

27 | the dismissal of this action in its entirety with prejudice, which each side to pay its own

28 | costs.

STIPULATION OF DISMISSAL

1

2  Dated:  October 23, 2024          NELSON MULLINS RILEY &
                                     SCARBOROUGH LLP
3

4                                    By:     */s/* Jahmy S. Graham

5                                            Jahmy S. Graham
                                             Terri Reiskin (*Pro Hac Vice*)
                                             Michael E. Seager
6

7                                            Attorneys for Defendant
                                             VOLKSWAGEN GROUP OF AMERICA,
8                                            INC.

9

10

11

12                                   THE LAW OFFICE OF ROBERT L. STARR,
                                     APC
13

14
                                     By:     */s/* Robert L. Starr
15
                                             Robert L. Starr
16                                           Adam M. Rose
                                             Theodore R. Tang
17
                                             Attorneys for Plaintiff
18                                           CINDY BELLIVEAU

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **FILER'S ATTESTATION**

      I, Jahmy S. Graham, am the ECF User whose identification and password are being used to file this Stipulation of Dismissal with Prejudice. Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), Robert L. Starr concurs in this filing and has authorized me to affix his signature and file this document on his behalf.

Dated: October 23, 2024      By:    */s/* Jahmy S. Graham
                                   Jahmy S. Graham

STIPULATION OF DISMISSAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

*/s/* Jahmy S. Graham
Jahmy S. Graham

CERTIFICATE OF SERVICE